# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-02723-STV

MARGARET WILLIAMS, as legal guardian of
CHRISTOPHER WILLIAMS, and
MARTY DAVIS, individually and on behalf
of all other similarly situated,

    Plaintiffs,

v.

GGP INC.; GGP OPERATING PARTNERSHIP, LP;
GGP NIMBUS, LP; GGP LIMITED PARTNERSHIP;
GENERAL GROWTH MANAGEMENT, INC.;
GENERAL GROWTH SERVICES, INC.,
GGP JORDAN CREEK LLC; OAKBROOK ANCHOR
ACQUISITION LLC; and PARK MEADOWS MALL LLC,

    Defendants.

## STIPULATION OF DIMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Margaret Williams, as legal guardian of Christopher Williams, and Marty Davis (collectively, "Plaintiffs"), and GGP Inc., GGP Operating Partnership, LP, GGP Nimbus, LP, GGP Limited Partnership, General Growth Management, Inc., General Growth Services, Inc., GGP Jordan Creek LLC, Oakbrook Anchor Acquisition LLC, and Park Meadows Mall LLC (collectively, "Defendants"), by and through their counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Plaintiffs and Defendants;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated:  October 17, 2018 | Respectfully Submitted, |
| */s/ Benjamin J. Sweet* <br> Benjamin J. Sweet <br> bsweet@carlsonlynch.com <br> **Carlson Lynch Sweet** <br> **Kilpela & Carpenter LLP** <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh, PA 15222 <br> (p) 412-322-9243 <br> (f) 412-231-0246 <br><br> Attorney for Plaintiffs | */s/  Ryan P. Lessmann* <br> Ryan P. Lessmann <br> JACKSON LEWIS P.C. <br> 950 17th Street, Suite 2600 <br> Denver, Colorado 80202 <br> Telephone: (303) 892-0404 <br> Facsimile: (303) 892-5575 <br> LessmannR@jacksonlewis.com <br><br> Joseph J. Lynett, Esq. <br> 44 South Broadway, 14th Floor <br> White Plains, New York 10601-2329 <br> Telephone:  (914) 872-8060 <br> Joseph.Lynett@jacksonlewis.com <br><br> Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system on October 17, 2018, which will send notification of the filing to all counsel of record.

By:   */s/ Benjamin J. Sweet*